

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0856**

The person charged as __LEAL, Pedro Cruz__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Northern__ District of __California__ on __02/09/04__ with: __Title 21 USC 846; 84(a)(1); 841(a)(1)__ in violation of:

**CONSPIRACY TO DISTRIBUTE COCAINE, DISTRIBUTION OF COCAINE, POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __03/18/08__

__Don Vazquez__
CI - Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest    835832- /0411-0219-23467

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PEDRO CRUZ LEAL

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 3 04 30056 MEJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PEDRO CRUZ LEAL___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to distribute cocaine, and distribution of cocaine.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date _____

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

U.S. Magistrate Judge Maria-Elena James
Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

2-9-04
Date and Location

Bail fixed at $ ___No Bail___ by ___MARIA-ELENA JAMES___
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED

MAR 1 6 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 04 0065

CARLOS DORANTES SANTOS,
LUCIO RODRIGUEZ ZARATE,
PORFIRIO MORAYMA GOMEZ,
PEDRO CRUZ LEAL and
PEDRO SANTAMARIA

MHP

DEFENDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C., Section 846 - Conspiracy to Distribute Cocaine; 21 U.S.C., Section 84(a)(1) - Distribution of Cocaine; 21 U.S.C., Section 841(a)(1) - Possession With Intent To Distribute Cocaine

A true bill.

_____
Foreman

Filed in open court this 16th day of
March 2004.

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

Count One: 21 U.S.C. 846
Count Twelve and Thirteen: 21 U.S.C. 841(a)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Count One: 40 years impr.; 5 year mand. min.; $2,000,000 fine; at least 4 years sup. release; $100 spec. assessment
Count Twelve and Thirteen: 40 years impr.; 5 year mand. min.; $2,000,000 fine; at least 4 years sup. release; $100 spec. assessment

DEFENDANT - U.S.
► Pedro Cruz Leal

**FILED**
MAR 1 6 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 04 0065 MF

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
DEA

☒ person is awaiting trial in another Federal or State Court, give name of court
San Mateo County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Tony Brass

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ►    Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2

 3

 4
                                                    FILED
 5
                                                  MAR 16 2004
 6
                                               RICHARD W. WIEKING
 7                                           CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
 8                     UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
                                     CR     04      0065 MHP
12  UNITED STATES OF AMERICA,    )  No.
                                 )
13        Plaintiff,             )
                                 )   VIOLATIONS: 21 U.S.C. § 846 -
14     v.                        )   Conspiracy to Distribute Cocaine; 21 U.S.C.
                                 )   § 841(a)(1) - Distribution of Cocaine; 21
15                               )   U.S.C. § 841(a)(1) - Possession With Intent
    CARLOS DORANTES SANTOS,      )   To Distribute Cocaine
16  LUCIO RODRIGUEZ ZARATE;      )
    PORFIRIO MORAYMA GOMEZ;      )   SAN FRANCISCO VENUE
17  PEDRO CRUZ LEAL and          )
    PEDRO SANTAMARIA.            )
18                               )
          Defendants.            )
19  _____)

20               SUPERSEDING INDICTMENT

21  The Grand Jury charges:

22  COUNT ONE:  (21 U.S.C. § 846 – Conspiracy to Distribute Cocaine)

23     On or about and between May 7, 2003 and February 11, 2004, in the Northern District of

24  California, and elsewhere, the defendants

25                         CARLOS DORANTES SANTOS,
                           LUCIO RODRIGUEZ ZARATE,
26                         PORFIRIO MORAYMA GOMEZ,
                              PEDRO CRUZ LEAL,
27                           PEDRO SANATMARIA,

28

    INDICTMENT
```



and others, did knowingly and intentionally conspire to distribute a Schedule II controlled substance, to wit: 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 846.

COUNT TWO: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about May 7, 2003, in the Northern District of California, the defendant

CARLOS DORANTES SANTOS

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about May 21, 2003, in the Northern District of California, the defendant

CARLOS DORANTES SANTOS

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about June 17, 2003, in the Northern District of California, the defendant

CARLOS DORANTES SANTOS

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about June 24, 2003, in the Northern District of California, the defendant

CARLOS DORANTES SANTOS

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT



COUNT SIX: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about August 5, 2003, in the Northern District of California, the defendant

CARLOS DORANTES SANTOS

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about September 10, 2003, in the Northern District of California, the defendants

LUCIO RODRIGUEZ ZARATE

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT EIGHT: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about September 11, 2003, in the Northern District of California, the defendants

LUCIO RODRIGUEZ ZARATE

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINE: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about September 26, 2003, in the Northern District of California, the defendant

LUCIO RODRIGUEZ ZARATE

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TEN: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about November 19, 2003, in the Northern District of California, the defendants

PORFIRIO MORAYMA GOMEZ

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture

INDICTMENT



1. and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers,
2. and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).
3. COUNT ELEVEN: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)
4. On or about November 19, 2003, in the Northern District of California, the defendant
5. PEDRO CRUZ LEAL
6. did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture
7. and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers,
8. and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).
9. COUNT TWELVE: (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)
10. On or about December 15, 2003, in the Northern District of California, the defendant
11. PORFIRIO MORAYMA GOMEZ
12. did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture
13. and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers,
14. and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).
15. COUNT THIRTEEN: (21 U.S.C. § 841(a)(1) - Possession of Cocaine with the Intent to
16. Distribute)
17. On or about February 11, 2004, in the Northern District of California, the defendant
18. PEDRO LEAL
19. did knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: 500
20. grams or more of a mixture and substance containing a detectable amount of cocaine, its salts,
21. optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States
22. Code, Section 841(a)(1).
23. COUNT FOURTEEN: (21 U.S.C. § 841(a)(1) - Possession of Cocaine with the Intent to
     Distribute)
24.
25. On or about February 11, 2004, in the Northern District of California, the defendants
26. LUCIO RODRIGUEZ ZARATE and
    PORFIRIO MORAYMA GOMEZ,
27. did knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: a
28. mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric

INDICTMENT

isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIFTEEN:  (21 U.S.C. § 841(a)(1) - Distribution of Cocaine)

On or about February 11, 2004, in the Northern District of California, the defendant

PEDRO SANTAMARIA

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 3/16/04

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
JONATHAN HOWDEN
Chief, OCDETF

(Approved as to form: _____ )
AUSA Anthony Brass

INDICTMENT