MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APRIL 3, 2008

| HON. **LEO S. PAPAS** | DEPUTY CLERK: **J. JARABEK** |
|---|---|

08MJ0856-LSP     USA     VS     PEDRO CRUZ LEAL(1/C/SPA)08821298

```
                              1: ELIZABETH BARROS
                              AUSA: JAMES MELENDRES
```

REMOVAL/ID HEARING
==================================================================
PCL08:1058-1100; 1111-1115


DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED

APPOINTMENT OF ATTORNEY FEDERAL DEFENDERS TO REMAIN UNTIL REPLACED IN NORTHERN DISTRICT OF CALIFORNIA